UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

SILVESTRE ESTEBAN AQUINO, et al.,

                    Plaintiffs,   **ORDER**

       - against -              CV 2007-1584 (KAM)(MDG)

NUEVO MEXICO LINDO SU ABARROTERA
CENTRAL CORP., et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - -X

JULIO CABRERA,                    CV 2008-3674 (KAM)(MDG)
                    Plaintiff,

       - against -

NUEVO MEXICO LINDO SU ABARROTERA
CENTRAL CORP., et al.,
                    Defendants.

- - - - - - - - - - - - - - - - - - -X

GO, United States Magistrate Judge:

    At a conference held on December 16, 2008 in the two above actions, counsel for the parties agreed to consolidation of these two actions for all purposes, since the claims in both actions for unpaid wages are identical, except for differences in the claimed amount of unpaid overtime wages. Since these two actions involve common questions of law and fact, the court finds that consolidation of these two actions for all purposes would promote the just and speedy determination of the actions.

NOW, THEREFORE, it is hereby ORDERED:

1. SILVESTRE ESTEBAN AQUINO, et al. v. NUEVO MEXICO LINDO SU ABARROTERA CENTRAL CORP. et al., CV 2007-1584 (KAM)(MDG) (the "Aquino Action") and CABRERA V. NUEVO MEXICO LINDO SU ABARROTERA CENTRAL CORP. et al., CV 2008-3674 (KAM)(MDG) are consolidated for all purposes.

2. The claim of Julio Cabrera shall be deemed to have been made in the Aquino Action.

3. The Clerk of the Court is directed to close CABRERA V. NUEVO MEXICO LINDO SU ABARROTERA CENTRAL CORP. et al., CV 2008-3674 (KAM)(MDG).

Dated:     Brooklyn, New York
           December 17, 2008

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE